B 6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re

**AC I MANAHAWKIN LLC**                    ,
_____Debtor_____

Case No. **14-22793**_____

Chapter _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | | $ 51,000,000.00 | | |
| B - Personal Property | | | $ 1,563,393.19 | | |
| C - Property Claimed as Exempt | | | | | |
| D - Creditors Holding Secured Claims | | | | $ 30,825,406.56 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | | | $ 34,312.50 | |
| F - Creditors Holding Unsecured Nonpriority Claims | | | | $ 1,651,144.26 | |
| G - Executory Contracts and Unexpired Leases | | | | | |
| H - Codebtors | | | | | |
| I - Current Income of Individual Debtor(s) | NO | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | NO | | | | $ |
| **TOTAL** | | 0 | $ 52,563,393.19 | $ 32,510,863.32 | |

B6A (Official Form 6A) (12/07)

In re AC I MANAHAWKIN LLC, _____          Case No. __14-22793_____
                          **Debtor**                                    **(If known)**

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint, or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Commercial Building<br><br>MANAHAWKIN COMMONS, 601 WASHINGTON AVENUE, MANAHAWKIN, NEW JERSEY | | | $51,000,000.00 | |
| **Notes:** VALUE IS SUBJECT TO APPRAISAL BY A COURT OF COMPETENT JURISDICTION | | | | |

Total ▶  | $51,000,000.00 |

(Report also on Summary of Schedules.)

B 6B  (Official Form 6B) (12/2007)

In re AC I MANAHAWKIN LLC, _____    Case No. __14-22793__
                              Debtor                                     (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | LOCKBOX ACCOUNT SIGNATURE BANK | | $263,274.77 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re AC I MANAHAWKIN LLC, _____     Case No.   14-22793 _____
                                    Debtor                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| | | | |
|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | |
| 16. Accounts receivable. | | | $620,118.42 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | X | | |

B 6B  (Official Form 6B) (12/2007)

In re AC I MANAHAWKIN LLC, _____                    Case No.    14-22793    _____
                     **Debtor**                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| | | | | |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | TENANT IMPROVEMENT RESERVE ACCOUNT | | $450,000.00 |

<u>2</u> continuation sheets attached          Total ▶

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

$1,563,393.19

B 6D (Official Form 6D) (12/07)

In re **AC I MANAHAWKIN LLC** _____,    Case No. **14-22793** _____
            Debtor                                        (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **RIALTO CAPITAL ADVISORS 600 MADISION AVENUE, 12TH FLOOR NEW YORK, NY 10022** | X | | REAL PROPERTY LOCATED AT 601 WASHINGTON AVENUE, MANAHAWKIN, NEW JERSEY <br> VALUE $ **$51,000,000.00** | | | X | **$30,825,406.56** | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**0**  continuation sheets attached

Subtotal ▶ (Total of this page)      $  **30,825,406.56**    $  **0.00**

Total ▶ (Use only on last page)      $  **30,825,406.56**    $  **0.00**

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6E (Official Form 6E) (04/13)

In re  **AC I MANAHAWKIN LLC** _____,    Case No. **14-22793** _____
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Debtor                                *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

  Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

  Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

  Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

  Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

  Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

__**3**__ continuation sheets attached

B 6E (Official Form 6E) (04/13) – Cont.

In re  AC I MANAHAWKIN LLC                        ,          Case No.  14-22793
                     Debtor                                                  (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Taxes and Certain Other Debts Owed to Governmental Units
Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **Account No.**<br><br>**CORP. COUNSEL FOR0 NEW YORK CITY 52 DUANE STREET NEW YORK, NY 10007** | | | | | | | $0.00 | $0.00 | $0.00 |
| Notes: FOR NOTICE PURPOSES ONLY | | | | | | | | | |
| **Account No.**<br><br>**INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILADELPHIA, PA 19114** | | | | | | | $0.00 | $0.00 | $0.00 |
| Notes: FOR NOTICE PURPOSES ONLY | | | | | | | | | |
| **Account No.**<br>NEW YORK STATE DEPARTMENT OF FINANCE (BANKRUPTCY/SPECIAL PROCEDURES SECT, P.O. BOX 5300, ALBANY, New York 12205-0300) BANKRUPTCY/SPECIAL PROCEDURES SECT, P.O. BOX 5300 ALBANY, NY 12205-0300 | | | | | | | $0.00 | $0.00 | $0.00 |
| Notes: FOR NOTICE PURPOSES ONLY | | | | | | | | | |

Sheet no.  1  of  3  continuation sheets attached to Schedule
of Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)    $      0.00    $      0.00    $0.00

Total➤
(Use only on last page of the completed
Schedule E.  Report also on the Summary
of Schedules.)    $

Totals➤
(Use only on last page of the completed
Schedule E.  If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)    $      $

B 6E (Official Form 6E) (04/13) – Cont.

In re __AC I MANAHAWKIN LLC_____,    Case No. __14-22793_____
            **Debtor**                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units** Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| NYC DEPARTMENT OF FINANCE ATTN: LEGAL AFFAIRS - DEVORA COHN, 345 ADAMS STREET, 3RD FL BROOKLYN, NY 11201 | | | | | | | $0.00 | $0.00 | $0.00 |
| Notes: FOR NOTICE PURPOSES ONLY | | | | | | | | | |
| Account No. | | | | | | | | | |
| OFFICE OF THE ATTORNEY GENERAL THE CAPITOL ALBANY, NY 12224 | | | | | | | $0.00 | $0.00 | $0.00 |
| Notes: FOR NOTICE PURPOSES ONLY | | | | | | | | | |
| Account No. | | | | | | | | | |
| STATE OF NEW JERSEY SALES & USE TAX CN 999 TRENTON, NJ 08625 | | | | | | | $0.00 | $0.00 | $0.00 |
| Notes: FOR NOTICE PURPOSES ONLY | | | | | | | | | |

Sheet no. _2_ of _3_ continuation sheets attached to Schedule
of Creditors Holding Priority Claims

Subtotals▶ $ 0.00 | $ 0.00 | $0.00
(Totals of this page)

Total▶ $
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

Totals▶ $ | $
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

B 6E (Official Form 6E) (04/13) – Cont.

In re AC I MANAHAWKIN LLC                    ,          Case No. 14-22793
　　　　　　　Debtor                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Taxes and Certain Other Debts Owed to Governmental Units Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>STATE OF NEW JERSEY DEPARTMENT OF LABOR & WORKFORCE MGMT JOHN FITCH PLAZA PO BOX 110 TRENTON, NJ 08625 | | | | | | | $0.00 | $0.00 | $0.00 |
| Notes: FOR NOTICE PURPOSES ONLY | | | | | | | | | |
| Account No.<br>STATE OF NEW JERSEY TREASURER 501 EAST STATE STREET PO BOX 439 TRENTON, NJ 08625 | | | | | | | $34,312.50 | $0.00 | $0.00 |
| Account No.<br>UNITED STATES ATTORNEY'S OFFICE (SOUTHERN DISTRICT OF NEW YORK) ATTN: TAX & BANKRUPTCY UNIT, EW YORK 1007 86 CHAMBERS STREET NEW YORK, NY 10007 | | | | | | | $0.00 | $0.00 | $0.00 |
| Notes: FOR NOTICE PURPOSES ONLY | | | | | | | | | |

Sheet no. **3** of **3** continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page)　$ 34,312.50 　$ 0.00 　$0.00

Total▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)　$ 34,312.50

Totals▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)　$ 0.00 　$ 0.00

B 6F (Official Form 6F) (12/07)

In re **AC I MANAHAWKIN LLC** _____,    Case No. **14-22793** _____

Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *See instructions above.* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **ALLIANT** **1050 WILSHIRE DRIVE** **SUITE 210** **TROY , MI 48084** | | | | | | | $15,231.64 |
| **ACCOUNT NO.** **AMERICAN LAWN SPRINKLER COMPANY** **275 ROUTE 79** **MORGANVILLE, NJ 07751** | | | | | | | $10,994.25 |
| **ACCOUNT NO.** **ANCHIN, BLOCK, & ANCHIN LLP** **1375 BROADWAY** **NEW YORK, NY 10018** | | | | | | | $7,500.00 |
| **ACCOUNT NO.** **ARMSTRONG MANAGEMENT CORP.** **909 THIRD AVENUE** **28TH FLOOR** **NEW YORK, NY 10022** | | | | | | | $357,486.57 |

                                                              Subtotal▶  $  391,212.46

__**6**__ continuation sheets attached

                                                              Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **AC I MANAHAWKIN LLC** _____ ,     Case No. **14-22793**
       Debtor                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **ATLANTIC CITY ELECTRIC** <br> **PO BOX 13610** <br> **PHILADELPHIA , PA 19101** | | | | | | | **$12,251.67** |
| ACCOUNT NO. <br><br> **COLLIERS INTERNATIONAL** <br> **1801 MARKET STREET** <br> **SUITE 550** <br> **PHILADELPHIA, PA 19103** | | | | | | | **$3,375.00** |
| ACCOUNT NO. <br><br> **IGNARRI LUMMIS** <br> **ARCHITECTS LLP** <br> **601 CHAPEL AVENUE EAST** <br> **CHERRY HILL, NJ 08034** | | | | | | | **$3,400.00** |
| ACCOUNT NO. <br><br> **JANISAN** <br> **915 N. 1200 W** <br> **UNIT 1** <br> **LAYTON , UT 84041** | | | | | | | **$3,644.20** |

Sheet no. __1__ of __6__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **22,670.87**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **AC I MANAHAWKIN LLC**                          ,          Case No. **14-22793**
　　　　　　　　**Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> KLARA RINGEL <br> 1703 LEXINGTON AVENUE <br> BUILDING 1, APT. 9 <br> LAKEWOOD, NJ 08701 | | | | | | | $250,000.00 |
| ACCOUNT NO. <br><br> KLARA RINGEL <br> 1703 LEXINGON AVENUE, <br> BUILDING 1, APT. 9 <br> LAKEWOOD, NJ 08701 | | | | | | | $450,000.00 |
| ACCOUNT NO. <br><br> KLARA RINGEL <br> 1703 LEXINGTON AVENUE <br> BUILDING 1, APT. 9 <br> LAKEWOOD, NJ 08701 | | | | | | | $60,000.00 |
| ACCOUNT NO. <br><br> MARSYLL MAINTENANCE CORP. <br> 1703 LEXINGTON AVENUE <br> BUILDING 1 <br> LAKEWOOD, NJ 08701 | | | | | | | $215,891.68 |

Sheet no. __2__ of __6__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ **975,891.68**

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re AC I MANAHAWKIN LLC ,     Case No. **14-22793**
_____
Debtor     (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **MEMORY ELECTRIC LLC 5 WESTBROOK ROAD HOWELL, NEW JERSEY 07731** | | | | | | | $2,501.13 |
| **ACCOUNT NO.** <br><br> **MONMOUTH CONTROLS PO BOX 452 24 BOWLBY STREET HAMPTON, NJ 08827** | | | | | | | $2,541.25 |
| **ACCOUNT NO.** <br><br> **NATIONAL REGISTERED AGENTS INC PO BOX 927 WEST WINDSOR, NJ 08550** | | | | | | | $7,500.00 |
| **ACCOUNT NO.** <br><br> **NEW JERSEY NATURAL GAS PO BOX 11743 NEWARK , NJ 07101** | | | | | | | $142.32 |

Sheet no. __3__ of __6__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤   $ **12,684.70**

Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re AC I MANAHAWKIN LLC                    ,                    Case No. 14-22793
                    Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> OCEAN PIPE WORKS, LLC <br> PO BOX 945 <br> OCEAN GATE, NJ 08740 | | | | | | | $2,250.00 |
| ACCOUNT NO. <br><br> PATRIOT ROOFING INC. <br> 2083 JACKSONVILLE-JOBSTOWN ROAD <br> JOBSTOWN, NJ 08041 | | | | | | | $6,993.58 |
| ACCOUNT NO. <br><br> R.C. SHEA & ASSOCIATES <br> 244 MAIN STREET <br> CN 2627 <br> TOMS RIVER, NJ 08754 | | | | | | | $28,536.37 |
| ACCOUNT NO. <br><br> RIPCO REAL ESTATE <br> 420 JERICHO TURNPIKE, SUITE 100 <br> JERICHO , NY 11753 | | | | | | | $10,000.00 |

Sheet no. __4__ of __6__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤    $    47,779.95

Total➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **AC I MANAHAWKIN LLC**                    ,          Case No. **14-22793**
                    Debtor                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  SAGE GENERAL CONTRACTING 645 MIZZEN AVENUE BEACHWOOD, NJ 08722 | | | | | | | $56,874.00 |
| ACCOUNT NO.  SEASHORE CONSTRUCTION 2604 TILTON ROAD EGG HARBOR, NJ 08234 | | | | | | | $12,829.30 |
| ACCOUNT NO.  TOWNSHIP OF STAFFORD 260 EAST BAY AVENUE MANAHAWKIN, NJ 08050 | | | | | | | $103,083.60 |
| ACCOUNT NO.  TRIAD PROFESSIONAL SERVICES, LLC 1720 WINDWARD CONCOURSE SUITE 390 ALPHARETTE, GA 30005 | | | | | | | $825.19 |

Sheet no. **5** of **6** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **173,612.09**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **AC I MANAHAWKIN LLC** _____ ,          Case No. **14-22793** _____
          **Debtor**                                                **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> TRI-STATE CARTING, INC. <br> PO BOX 5298 <br> TOMS RIVER, NJ 08754 | | | | | | | $10,128.97 |
| ACCOUNT NO. <br><br> See Attachment 1 - Creditor Information | | | | | | | $12,318.04 |
| ACCOUNT NO. <br><br> ZIMMERMAN & GROSS INC <br> 5 CANDLEWOOD CIRCLE <br> MARLTON, NJ 08053 | | | | | | | $4,845.50 |

Sheet no. __6__ of __6__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $    **27,292.51**

Total▶   $    **1,651,144.26**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

# Attachment

**Attachment 1**

    **Creditor Information**

        **ZARWIN-BAUM-DEVITO-KAPLAN-SCHAER-TODDY**
        **1818 MARKET STREET**
        **13TH FLOOR**
        **PHILADELPHIA, PA 19103**

B 6G (Official Form 6G) (12/07)

In re AC I MANAHAWKIN LLC, _____    Case No. 14-22793
                          Debtor                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DEL RIO'S FUN TIME ICE CREAM SHOPPE, INC. 165 SOUTH PIPPER ROAD MANAHAWKIN, NJ 08050 | Nature of Debtor's Interest: LESSOR<br><br>Lease is for nonresidential real property. |
| DB REAL ESTATE ASSETS I LLC 130 ROYALL STREET CANTON, MA 02021 | Nature of Debtor's Interest: LESSOR<br><br>Lease is for nonresidential real property. |
| DIMENSIONAL MANAGEMENT CORPORATION 1030 ST. GEORGES AVENUE SUITE 400 AVENEL, NJ 07001 | Nature of Debtor's Interest: LESSOR<br><br>Lease is for nonresidential real property. |
| BROWN GROUP RETAIL D/B/A FAMOUS FOOTWEAR 8300 MARYLAND AVENUE ST. LOUIS, MO 63105<br><br>BROWN GROUP RETAIL 7010 MINERAL POINT ROAD PO BOX 44981 ATTN: DIRECTOR, REAL ESTATE LEGAL DEPARTMENT MADIWON, WI 44981 | Nature of Debtor's Interest: LESSOR<br><br>Lease is for nonresidential real property. |
| MARIE WELLS-SMITH 103 MISSION WAY BARNEGAT, NJ 08005 | Nature of Debtor's Interest: LESSOR<br><br>Lease is for nonresidential real property. |
| FIVE BELOW, INC. 1616 WALNUT STREET SUITE 400 ATTN: LEGAL DEPARTMENT PHILADELPHIA, PA 19103 | Nature of Debtor's Interest: LESSOR<br><br>Lease is for nonresidential real property. |
| GAMESTOP, INC. 625 WESTPORT PARKWAY ATTN: LEGAL DEPARTMENT GRAPEVINE, TX 76051 | Nature of Debtor's Interest: LESSOR<br><br>Lease is for nonresidential real property. |

B 6G (Official Form 6G) (12/07)

In re <u>AC I MANAHAWKIN LLC,</u>                    Case No. <u>14-22793</u>
         **Debtor**                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| EMANCE TWO, LLC<br>14 MANOR ROAD<br>NEWTOWN, PA 18940 | Nature of Debtor's Interest: LESSOR<br><br>Lease is for nonresidential real property. |
| QIU LIN<br>293 N. DUPONT HIGHWAY<br>DOVER, DE 19901 | Nature of Debtor's Interest: LESSOR<br><br>Lease is for nonresidential real property. |
| SEARS STORE MANAGER<br>SEAR, ROEBUCK AND CO.<br>733 ROUTE 72 EAST<br>MANAHAWKIN, NJ 08050 | Nature of Debtor's Interest: LESSOR<br><br>Lease is for nonresidential real property. |
| LA BELLA VITA PIZZAERIA & RISTORANTE, INC.<br>481 MERMAID DRIVE<br>MANHAWKIN, NJ 08050<br><br>LA BELLA VITA PIZZERIA & RISTORANTE, INC.<br>104 TUNA COURT<br>MANAHAWKIN, NJ 08050 | Nature of Debtor's Interest: LESSOR<br><br>Lease is for nonresidential real property. |
| LE DINH KY<br>340 S. POPLAR AVENUE<br>ABSECON, NJ 08201 | Nature of Debtor's Interest: LESSOR<br><br>Lease is for nonresidential real property. |
| MANDEE<br>12 VREELAND AVENUE<br>ATTN:  LEGAL DEPARTMENT<br>TOTOWA , NJ 07512 | Nature of Debtor's Interest: LESSOR<br><br>Lease is for nonresidential real property. |

B 6G (Official Form 6G) (12/07)

In re AC I MANAHAWKIN LLC,                          Case No. 14-22793
_____                _____
                    Debtor                                        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MANAHAWKIN MATTRESS MART<br>201 HUTCHINSON ROAD<br>ROBBINSVILLE, NJ 08691 | Nature of Debtor's Interest: LESSOR<br><br>Lease is for nonresidential real property. |
| MCDONALD'S CORPORATION<br>ONE MCDONALD'S PLAZA<br>OAK BROOK, IL 60521 | Nature of Debtor's Interest: LESSOR<br><br>Lease is for nonresidential real property. |
| MICHAEL'S STORES, INC.<br>8000 BENT BRANCH DRIVE<br>ATTN:  DIRECTOR OF REAL ESTATE ADMINISTRATION<br>IRVING , TX 75063 | Nature of Debtor's Interest: LESSOR<br><br>Lease is for nonresidential real property. |
| PETCO ANIMAL SUPPLIES STORES, INC.<br>C/O VP - REAL ESTATE<br>9125 REHCO ROAD<br>SAN DIEGO, CA 92121 | Nature of Debtor's Interest: LESSOR<br><br>Lease is for nonresidential real property. |
| PIER 1 IMPORTS, INC.<br>ATTN:  VP - REAL ESTATE<br>301 COMMERCE STREET, SUITE 600<br>FORT WORTH, TX 76102 | Nature of Debtor's Interest: LESSOR<br><br>Lease is for nonresidential real property. |
| RADIOSHACK CORPORATION<br>REAL ESTATE DEPARTMENT<br>401 ONE TANDY CENTER<br>FORT WORTH, TX 76102 | Nature of Debtor's Interest: LESSOR<br><br>Lease is for nonresidential real property. |
| HOYTS CINEMAS CORPROATION<br>C/O REGAL CINEMAS CORPORATION<br>7132 REGAL LANE<br>KNOXVILLE, TN 37918 | Nature of Debtor's Interest: LESSOR<br><br>Lease is for nonresidential real property. |

B 6G (Official Form 6G) (12/07)

In re **AC I MANAHAWKIN LLC,**                     Case No. __14-22793__
_____
    **Debtor**                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| SHORE TANNING II, LLC<br>10 BAY AVENUE<br>FORKED RIVER, NJ 80731 | Nature of Debtor's Interest: LESSOR<br><br>Lease is for nonresidential real property. |
| STAPLES THE OFFICE SUPERSTORE EAST, INC.<br>PO BOX 9271<br>500 STAPLES DRIVE<br>ATTN: LEASE ADMINISTRATOR<br>FRAMINGHAM, MA 01701 | Nature of Debtor's Interest: LESSOR<br><br>Lease is for nonresidential real property. |
| SALLY BEAUTY SUPPLY LLC<br>3001 COLORADO BOULEVARD<br>DENTON, TX 76210 | Nature of Debtor's Interest: LESSOR |
| SUBWAY REAL ESTATE CORP.<br>325 BIC DRIVE<br>MILFORD, CT 06460 | Nature of Debtor's Interest: LESSOR<br><br>Lease is for nonresidential real property. |
| THE TJX COMPANIES, INC.<br>PO BOX 9123<br>770 COCHITUATE ROAD<br>ATTN: VP - REAL ESTATE<br>FRAMINGHAM, MA 01701 | Nature of Debtor's Interest: LESSOR<br><br>Lease is for nonresidential real property. |
| TUYET K. HUNYH<br>121 MOORING ROAD<br>MANAHAWKIN, NJ 08050 | Nature of Debtor's Interest: LESSOR<br><br>Lease is for nonresidential real property. |
| CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS<br>100 SOUTHGATE PARKWAY<br>MORRISTOWN, NJ 07960 | Nature of Debtor's Interest: LESSOR<br><br>Lease is for nonresidential real property. |

B 6G (Official Form 6G) (12/07)

In re AC I MANAHAWKIN LLC,                          Case No. 14-22793
          Debtor                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| WEIGHT WATCHERS NORTH AMERICA, INC. 300 JERICHO QUADRANGLE, SUITE 350 ATTN: REAL ESTATE DEPARTMENT JERICHO, NY 11753<br><br>WEIGHT WATCHERS NORTH AMERICA, INC. C/O CASSIDY TURLEY 721 EMERSON ROAD, SUITE 300 ATTN: WW LOCATION #13464 ST. LOUIS, MO 63141 | Nature of Debtor's Interest: LESSOR<br><br>Lease is for nonresidential real property. |
| SOUTH JERSEY LAND DEVELOPMENT | Description: EASEMENT<br><br>Nature of Debtor's Interest: ` |

B 6H (Official Form 6H) (12/07)

In re AC I MANAHAWKIN LLC,                                    Case No.  14-22793
_____                            _____
                        **Debtor**                                          **(if known)**

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| BENJAMIN RINGEL<br>909 THIRD AVENUE<br>NEW YORK, NY 10022<br><br>TIBOR KLEIN<br>1644 EAST 28TH STREET<br>BROOKLYN, NY 11229<br><br>GERSHON KLEIN<br>1644 EAST 28TH STREET<br>BROOKLYN, NY | RIALTO CAPITAL ADVISORS<br>600 MADISION AVENUE, 12TH FLOOR<br>NEW YORK, NY 10022 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re __AC I MANAHAWKIN LLC_____ ,     Case No. __14-22793_____
           Debtor                                                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature: _____
                                                                                                    Debtor

Date _____        Signature: _____
                                                                                          (Joint Debtor, if any)

[If joint case, both spouses must sign.]

--------------------------------------------------------------------------------------------------------------------
**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any,             Social Security No.
of Bankruptcy Petition Preparer                          (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____        _____
Signature of Bankruptcy Petition Preparer                            Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

--------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ___DAVID GOLDWASSER_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the ___AC I MANAHAWKIN LLC_____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __26__ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date ___7/9/14_____        Signature: _____

**DAVID GOLDWASSER**
[Print or type name of individual signing on behalf of debtor.]
**GC REALTY ADVISORS, LLC, MANAGER**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

--------------------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re   AC I MANAHAWKIN LLC,                                    Case No. _____ 14-22793 _____
         _____
                  Debtor                                        Chapter _____ 11 _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| KLARA RINGEL 1703 LEXINGON AVENUE, BUILDING 1, APT. 9 LAKEWOOD, NEW JERSEY 08701 | | | | $450,000.00 |
| ARMSTRONG MANAGEMENT CORP. 909 THIRD AVENUE 28TH FLOOR NEW YORK, NEW YORK 10022 | | | | $357,486.57 |
| KLARA RINGEL 1703 LEXINGTON AVENUE BUILDING 1, APT. 9 LAKEWOOD, NEW JERSEY 08701 | | | | $250,000.00 |
| MARSYLL MAINTENANCE CORP. 1703 LEXINGTON AVENUE BUILDING 1 LAKEWOOD, NEW JERSEY 08701 | | | | $215,891.68 |

B 4 (Official Form 4) (12/07)

| | | | |
|---|---|---|---|
| TOWNSHIP OF STAFFORD 260 EAST BAY AVENUE MANAHAWKIN, NEW JERSEY 08050 | | | $103,083.60 |
| KLARA RINGEL 1703 LEXINGTON AVENUE BUILDING 1, APT. 9 LAKEWOOD, NEW JERSEY 08701 | | | $60,000.00 |
| SAGE GENERAL CONTRACTING 645 MIZZEN AVENUE BEACHWOOD, NEW JERSEY 08722 | | | $56,874.00 |
| STATE OF NEW JERSEY TREASURER 501 EAST STATE STREET PO BOX 439 TRENTON, NEW JERSEY 08625 | | taxes and certain other debts owed to governmental units | $34,312.50 |
| R.C. SHEA & ASSOCIATES 244 MAIN STREET CN 2627 TOMS RIVER, NEW JERSEY 08754 | | | $28,536.37 |
| ALLIANT 1050 WILSHIRE DRIVE SUITE 210 TROY , MICHIGAN 48084 | | | $15,231.64 |
| SEASHORE CONSTRUCTION 2604 TILTON ROAD EGG HARBOR, NEW JERSEY 08234 | | | $12,829.30 |

B 4 (Official Form 4) (12/07)

| | | | | |
|---|---|---|---|---|
| ZARWIN-BAUM-DEVITO-KAPLAN-SCHAER-TODDY<br>1818 MARKET STREET<br>13TH FLOOR<br>PHILADELPHIA,<br>Pennsylvania 19103 | | | | $12,318.04 |
| ATLANTIC CITY ELECTRIC<br>PO BOX 13610<br>PHILADELPHIA ,<br>Pennsylvania 19101 | | | | $12,251.67 |
| AMERICAN LAWN SPRINKLER COMPANY<br>275 ROUTE 79<br>MORGANVILLE,<br>NEW JERSEY 07751 | | | | $10,994.25 |
| TRI-STATE CARTING, INC.<br>PO BOX 5298<br>TOMS RIVER, NEW JERSEY 08754 | | | | $10,128.97 |
| RIPCO REAL ESTATE<br>420 JERICHO TURNPIKE, SUITE 100<br>JERICHO , NEW YORK 11753 | | | | $10,000.00 |
| ANCHIN, BLOCK, & ANCHIN LLP<br>1375 BROADWAY<br>NEW YORK, NEW YORK 10018 | | | | $7,500.00 |
| NATIONAL REGISTERED AGENTS INC<br>PO BOX 927<br>WEST WINDSOR, NEW JERSEY 08550 | | | | $7,500.00 |

B 4 (Official Form 4) (12/07)

| | |
|---|---|
| PATRIOT ROOFING INC. 2083 JACKSONVILLE-JOBSTOWN ROAD JOBSTOWN, NEW JERSEY 08041 | $6,993.58 |
| ZIMMERMAN & GROSS INC 5 CANDLEWOOD CIRCLE MARLTON, NEW JERSEY 08053 | $4,845.50 |

Date: _____

_____
Debtor

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, DAVID GOLDWASSER,  of AC I MANAHAWKIN LLC named as the debtor in this case, declare under penalty of perjury that I have read the foregoing  and that it is true and correct to the best of my information and belief.

Date: _____7/9/14_____    _____
                                                     DAVID GOLDWASSER,

B 7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re: AC I MANAHAWKIN LLC
_____
Debtor

Case No  14-22793
_____
(if known)

## STATEMENT OF FINANCIAL AFFAIRS

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

Debtor:
Current Year (2014):
$0.00                                                  UNKNOWN

Previous Year 1 (2013):

Previous Year 2 (2012):
$63,349.00                                        BUSINESS OPERATIONS

Joint Debtor:
N/A

**2. Income other than from employment or operation of business**

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☒

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of

this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Debtor: TOWNSHIP OF STAFFORD 260 EAST BAY AVENUE MANAHAWKIN, NEW JERSEY 08050 | 5/14/14 | $10,011.14 | $103,083.60 |

None
☒

*c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Debtor: NEW JERSEY LITIGATION Case Number: | | | |

---

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☒    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 5. Repossessions, foreclosures and returns

None ☒    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 6. Assignments and receiverships

None ☒    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

### 7. Gifts

None ☒    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless

the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None ☒

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Debtor: ROBINSON BROG 875 THIRD AVENUE NEW YORK, NEW YORK 10022 | JUNE 2014 | $5,000.00 |
|  | ARMSTRONG MANAGEMENT CORP. |  |

---

**10. Other transfers**

None ☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

---

None ☒

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| DATE(S) OF | AMOUNT OF MONEY OR DESCRIPTION |
|---|---|

5

| NAME OF TRUST OR OTHER DEVICE | TRANSFER(S) | AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

**12. Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14. Property held for another person**

None
☒

List all property owned by another person that the debtor holds or controls.

6

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15. Prior address of debtor**

None ☐

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| Debtor:<br>360 MADISON AVENUE, 20TH FLOOR<br>NEW YORK, NEW YORK 10017 | | JUNE 2010 - AUGUST 2013 |

---

**16. Spouses and Former Spouses**

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites. "

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

### 18 . Nature, location and name of business

None
☒

a. *If the debtor is an individual,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Debtor: | | | | |

None
☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in*

*business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been
in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this
bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED

Debtor:
YEHUDA SCHNEIDER
83-15 LEFFERTS BOULEVARD, APT. 2M                                   2012 - AUGUST  2013
KEW GARDENS, NEW YORK 11415

None ☐

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy
case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                     DATES SERVICES RENDERED

Debtor:
ANCHIN BLOCK & ANCHIN LLP     1375 BROADWAY               2006 - PRESENT
                              NEW YORK, NEW YORK 10018

None ☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the
books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                          ADDRESS

Debtor:
ANCHIN BLOCK & ANCHIN LLP     1375 BROADWAY
                              NEW YORK, NEW YORK 10018

ARMSTRONG CAPITAL             909 3RD AVENUE, 28TH AVENUE
                              NEW YORK, NEW YORK 10022

None ☐

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                    DATE ISSUED

Debtor:
RIALTO CAPITAL ADVISORS
600 MADISON AVENUE, 12TH FLOOR
NEW YORK, NEW YORK 10022

### 20. Inventories

None ☒

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the
taking of each inventory, and the dollar amount and basis of each inventory.

|                      |                       | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|----------------------|-----------------------|------------------------------------------------------------------|
| DATE OF INVENTORY    | INVENTORY SUPERVISOR  |                                                                  |

9

Debtor:

None
☒

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

Debtor:

---

**21. Current Partners, Officers, Directors and Shareholders**

None
☒

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| N/A | | |

None
☐

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| BENJAMIN RINGEL | DIRECTOR, PRESIDENT | |
| TIBOR KLEIN | DIRECTOR | |
| GERSHON KLEIN | DIRECTOR | |
| JOSEPH K. WINRICH | DIRECTOR | |
| JOHN P. BARBER | DIRECTOR | |
| DANIEL BILDNER | VP, SEC, TREAS. | |
| GC REALTY ADVISORS LLC | MEMBER | |
| AC I MANAHAWKIN MEZZ LLC | | 100 |

**22. Former partners, officers, directors and shareholders**

None
☒

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                        ADDRESS                        DATE OF WITHDRAWAL

N/A

None
☒

b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                TITLE                        DATE OF TERMINATION

N/A

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☒

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                    DATE AND PURPOSE                AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR           OF WITHDRAWAL                   OR DESCRIPTION
                                                                 AND VALUE OF PROPERTY

N/A

**24. Tax Consolidation Group.**

None
☒

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER-IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                           TAXPAYER-IDENTIFICATION NUMBER (EIN)

* * * * * *

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

_____                _____

Date _____7/9/14_____

Signature _____

Print Name
and Title _____

0 continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In Re:

    AC I MANAHAWKIN LLC,
             Debtor

Case No.   14-22793

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007, Fed. R. Bank. P. for filing in this Chapter 11 case.

| Security Holder's Registered Name and Last Known Address or Place of Business | Class of Security | Number of Securities or Percentage | Kind of Interest |
|---|---|---|---|
| AC I MANAHAWKIN MEZZ LLC 909 THIRD AVENUE, 28TH FLOOR NEW YORK, NEW YORK 10022 | | 100% | MEMBER |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, DAVID GOLDWASSER, GC REALTY ADVISORS, LLC, MANAGER of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing **List of Equity Security Holders** and that it is true and correct to the best of my information and belief.

Date: 7/9/14

Signature: _____
Printed Name: DAVID GOLDWASSER
Title: GC REALTY ADVISORS, LLC, MANAGER

**Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**

# United States Bankruptcy Court
## Southern District of New York

In re  **AC I MANAHAWKIN LLC**                    Case No.  **14-22793**

Debtor.                                            Chapter   **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **AC I MANAHAWKIN LLC**      (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a)
and 7007.1 state as follows:


**X**   All corporations that directly or indirectly own 10% or more of any class of the corporation's equity
interests are listed below:

**AC I MANAHAWKIN MEZZ LLC**


OR,

_____ There are no entities to report.


By:_____
   **A. MITCHELL GREENE**
   Signature of Attorney

   Counsel for
   Bar no.:
   Address.: **875 THIRD AVENUE, 9TH FLOOR**
              **NEW YORK, New York 10022**

   Telephone No.: **(212) 603-6300**
   Fax No.:
   E-mail address:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:    **AC I MANAHAWKIN LLC**

Case No. __14-22793__

<u>Debtors</u>

Chapter __11__

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: ___7/9/14_____    Signed: _____

Dated: _____    Signed: _____

Signed: _____
Attorney for Debtor(s)
Bar no.:

Telephone No.:
Fax No.:
E-mail address:

AC I MANAHAWKIN LLC
909 THIRD AVENUE, 28TH FLOOR
NEW YORK, NY 10022


A. MITCHELL GREENE
875 THIRD AVENUE, 9TH FLOOR
NEW YORK, NY 10022


AC I MANAHAWKIN MEZZ LLC
909 THIRD AVENUE, 28TH FLOOR
NEW YORK, NY 10022


ALLIANT
1050 WILSHIRE DRIVE
SUITE 210
TROY, MI 48084


AMERICAN LAWN SPRINKLER COMPANY
275 ROUTE 79
MORGANVILLE, NJ 07751


ANCHIN, BLOCK, & ANCHIN LLP
1375 BROADWAY
NEW YORK, NY 10018


ARMSTRONG MANAGEMENT CORP.
909 THIRD AVENUE
28TH FLOOR
NEW YORK, NY 10022


ATLANTIC CITY ELECTRIC
PO BOX 13610
PHILADELPHIA, PA 19101

BROWN GROUP RETAIL
7010 MINERAL POINT ROAD
PO BOX 44981
ATTN:  DIRECTOR, REAL ESTATE LEGAL DEPAR
MADIWON, WI 44981


BROWN GROUP RETAIL D/B/A FAMOUS FOOTWEAR
8300 MARYLAND AVENUE
ST. LOUIS, MO 63105


CELLCO PARTNERSHIP D/B/A VERIZON WIRELES
100 SOUTHGATE PARKWAY
MORRISTOWN, NJ 07960


COLLIERS INTERNATIONAL
1801 MARKET STREET
SUITE 550
PHILADELPHIA, PA 19103


CORP. COUNSEL FOR0 NEW YORK CITY
52 DUANE STREET
NEW YORK, NY 10007


DB REAL ESTATE ASSETS I LLC
130 ROYALL STREET
CANTON, MA 02021


DEL RIO'S FUN TIME ICE CREAM SHOPPE, INC
165 SOUTH PIPPER ROAD
MANAHAWKIN, NJ 08050


DIMENSIONAL MANAGEMENT CORPORATION
1030 ST. GEORGES AVENUE
SUITE 400
AVENEL, NJ 07001


EMANCE TWO, LLC
14 MANOR ROAD
NEWTOWN, PA 18940

FIVE BELOW, INC.
1616 WALNUT STREET
SUITE 400
ATTN:  LEGAL DEPARTMENT
PHILADELPHIA, PA 19103

GAMESTOP, INC.
625 WESTPORT PARKWAY
ATTN:  LEGAL DEPARTMENT
GRAPEVINE, TX 76051

GERSHON KLEIN
1644 EAST 28TH STREET
BROOKLYN, NY

HOYTS CINEMAS CORPROATION
C/O REGAL CINEMAS CORPORATION
7132 REGAL LANE
KNOXVILLE, TN 37918

IGNARRI LUMMIS ARCHITECTS LLP
601 CHAPEL AVENUE EAST
CHERRY HILL, NJ 08034

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19114

JANISAN
915 N. 1200 W
UNIT 1
LAYTON, UT 84041

KLARA RINGEL
1703 LEXINGTON AVENUE
BUILDING 1, APT. 9
LAKEWOOD, NJ 08701

KLARA RINGEL
1703 LEXINGON AVENUE,
BUILDING 1, APT. 9
LAKEWOOD, NJ 08701

LA BELLA VITA PIZZAERIA & RISTORANTE, IN
481 MERMAID DRIVE
MANHAWKIN, NJ 08050


LA BELLA VITA PIZZERIA & RISTORANTE, INC
104 TUNA COURT
MANAHAWKIN, NJ 08050


LE DINH KY
340 S. POPLAR AVENUE
ABSECON, NJ 08201


MANAHAWKIN MATTRESS MART
201 HUTCHINSON ROAD
ROBBINSVILLE, NJ 08691


MANDEE
12 VREELAND AVENUE
ATTN:  LEGAL DEPARTMENT
TOTOWA, NJ 07512


MARIE WELLS-SMITH
103 MISSION WAY
BARNEGAT, NJ 08005


MARSYLL MAINTENANCE CORP.
1703 LEXINGTON AVENUE
BUILDING 1
LAKEWOOD, NJ 08701


MCDONALD'S CORPORATION
ONE MCDONALD'S PLAZA
OAK BROOK, IL 60521


MEMORY ELECTRIC LLC
5 WESTBROOK ROAD
HOWELL, NJ 07731

MICHAEL'S STORES, INC.
8000 BENT BRANCH DRIVE
ATTN:  DIRECTOR OF REAL ESTATE ADMINISTR
IRVING, TX 75063


MONMOUTH CONTROLS
PO BOX 452
24 BOWLBY STREET
HAMPTON, NJ 08827


NATIONAL REGISTERED AGENTS INC
PO BOX 927
WEST WINDSOR, NJ 08550


NEW JERSEY NATURAL GAS
PO BOX 11743
NEWARK, NJ 07101


NEW YORK STATE DEPARTMENT OF FINANCE (BA
BANKRUPTCY/SPECIAL PROCEDURES SECT, P.O.
ALBANY, NY 12205-0300


NYC DEPARTMENT OF FINANCE
ATTN: LEGAL AFFAIRS - DEVORA COHN, 345 A
BROOKLYN, NY 11201


OCEAN PIPE WORKS, LLC
PO BOX 945
OCEAN GATE, NJ 08740


OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224


PATRIOT ROOFING INC.
2083 JACKSONVILLE-JOBSTOWN ROAD
JOBSTOWN, NJ 08041

PETCO ANIMAL SUPPLIES STORES, INC.
C/O VP - REAL ESTATE
9125 REHCO ROAD
SAN DIEGO, CA 92121


PIER 1 IMPORTS, INC.
ATTN:  VP - REAL ESTATE
301 COMMERCE STREET, SUITE 600
FORT WORTH, TX 76102


QIU LIN
293 N. DUPONT HIGHWAY
DOVER, DE 19901


R.C. SHEA & ASSOCIATES
244 MAIN STREET
CN 2627
TOMS RIVER, NJ 08754


RADIOSHACK CORPORATION
REAL ESTATE DEPARTMENT
401 ONE TANDY CENTER
FORT WORTH, TX 76102


RIALTO CAPITAL ADVISORS
600 MADISION AVENUE, 12TH FLOOR
NEW YORK, NY 10022


RIPCO REAL ESTATE
420 JERICHO TURNPIKE, SUITE 100
JERICHO, NY 11753


SAGE GENERAL CONTRACTING
645 MIZZEN AVENUE
BEACHWOOD, NJ 08722


SALLY BEAUTY SUPPLY LLC
3001 COLORADO BOULEVARD
DENTON, TX 76210

SEARS STORE MANAGER
SEAR, ROEBUCK AND CO.
733 ROUTE 72 EAST
MANAHAWKIN, NJ 08050


SEASHORE CONSTRUCTION
2604 TILTON ROAD
EGG HARBOR, NJ 08234


SHORE TANNING II, LLC
10 BAY AVENUE
FORKED RIVER, NJ 80731


SOUTH JERSEY LAND DEVELOPMENT


STAPLES THE OFFICE SUPERSTORE EAST, INC.
PO BOX 9271
500 STAPLES DRIVE
ATTN:  LEASE ADMINISTRATOR
FRAMINGHAM, MA 01701

STATE OF NEW JERSEY
SALES & USE TAX
CN 999
TRENTON, NJ 08625

STATE OF NEW JERSEY
DEPARTMENT OF LABOR & WORKFORCE MGMT
JOHN FITCH PLAZA
PO BOX 110
TRENTON, NJ 08625

STATE OF NEW JERSEY
DIVISION OF TAXATION
TRENTON, NJ 08625

STATE OF NEW JERSEY
TREASURER
501 EAST STATE STREET
PO BOX 439
TRENTON, NJ 08625

SUBWAY REAL ESTATE CORP.
325 BIC DRIVE
MILFORD, CT 06460


THE TJX COMPANIES, INC.
PO BOX 9123
770 COCHITUATE ROAD
ATTN: VP - REAL ESTATE
FRAMINGHAM, MA 01701


TIBOR KLEIN
1644 EAST 28TH STREET
BROOKLYN, NY 11229


TOWNSHIP OF STAFFORD
260 EAST BAY AVENUE
MANAHAWKIN, NJ 08050


TRIAD PROFESSIONAL SERVICES, LLC
1720 WINDWARD CONCOURSE
SUITE 390
ALPHARETTE, GA 30005


TRI-STATE CARTING, INC.
PO BOX 5298
TOMS RIVER, NJ 08754


TUYET K. HUNYH
121 MOORING ROAD
MANAHAWKIN, NJ 08050


UNITED STATES ATTORNEY'S OFFICE (SOUTHER
ATTN: TAX & BANKRUPTCY UNIT, EW YORK 100
86 CHAMBERS STREET
NEW YORK, NY 10007


WEIGHT WATCHERS NORTH AMERICA, INC.
300 JERICHO QUADRANGLE, SUITE 350
ATTN:  REAL ESTATE DEPARTMENT
JERICHO, NY 11753

```
WEIGHT WATCHERS NORTH AMERICA, INC.
C/O CASSIDY TURLEY
721 EMERSON ROAD, SUITE 300
ATTN:  WW LOCATION #13464
ST. LOUIS, MO 63141

ZARWIN-BAUM-DEVITO-KAPLAN-SCHAER-TODDY
1818 MARKET STREET
13TH FLOOR
PHILADELPHIA, PA 19103


ZIMMERMAN & GROSS INC
5 CANDLEWOOD CIRCLE
MARLTON, NJ 08053
```